IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEJANDRO BAUTISTA,
ALIEN #A34-041-054,

       Petitioner,

vs.                               CASE NO. 4:07cv216-SPM/WCS

DEPARTMENT OF HOMELAND
SECURITY,

       Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 11, 2007 (doc. 5).  Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.    The § 2241 petition (doc. 1) filed by Petitioner Alejandro Bautista is

transferred to the Eleventh Circuit Court of Appeals pursuant to the REAL ID Act of 2005, 8 U.S.C. § 1252.

DONE AND ORDERED this 14th day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge